# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MICHAEL MILES, | Case No. 4:16-cv-13121 |
| Plaintiff, | Honorable Terrence G. Berg |
| v. | **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR ATTORNEY FEES** |
| M. C. EIPPERLE, INC., a Michigan Corporation, | |
| And | |
| GREEN MEADOWS GOLF COURSE, INC., A Michigan Corporation | |
| Defendant. | |

| | |
|---|---|
| Owen B. Dunn, Jr. (P66315) | Mechelle Zarou (P64455) |
| Law Office of Owen B. Dunn, Jr. | Rebecca E. Shope (P80285) |
| Attorneys for Plaintiff | **Shumaker, Loop & Kendrick, LLP** |
| The Ottawa Hills Shopping Center | 1000 Jackson Street |
| 4334 W. Central Avenue, Suite 222 | Toledo, Ohio 43604-5573 |
| Toledo, OH 43615 | Telephone: (419) 241-9000 |
| (419) 241-9661 | Email:   mzarou@slk-law.com |
| dunnlawoffice@sbcglobal.net | rshope@slk-law.com |

## STIPULATION

It is hereby stipulated and agreed by and among Plaintiff Michael Miles and Defendants M.C. Eipperle, Inc. and Green Meadows Golf Course, Inc that this matter has been settled and that the parties have executed a Settlement Agreement and Full and Final Release of All Claims. The parties further stipulate and agree that an Order of Dismissal With Prejudice and Without Costs or Attorney Fees may enter as it relates to all claims made by all parties. This Order resolves all remaining claims in this lawsuit and closes the case.

The parties stipulate and agree that this Court will retain jurisdiction over the case for the sole purpose of enforcing the terms of the Settlement Agreement and Full and Final Release of All Claims between the parties.

Respectfully submitted,

Dated: February 7, 2016                By:   /s/ Owen B. Dunn, Jr.
                                             Owen B. Dunn, Jr. (P66315)
                                             Valerie J. Fatica (0083812)
                                             The Ottawa Hills Shopping Center
                                             4334 W. Central Avenue, Suite 222
                                             Toledo, OH 43615
                                             (419) 241-9661
                                             dunnlawoffice@sbcglobal.net
                                             Attorneys for Plaintiff Michael Miles

Dated: February 7, 2016                By:   /s/ Rebecca E. Shope
                                             Mechelle Zarou (P64455)
                                             Rebecca E. Shope (0083942)
                                             SHUMAKER, LOOP & KENDRICK, LLP
                                             1000 Jackson Street
                                             Toledo, Ohio 43604-5573
                                             Telephone: (419) 241-9000
                                             Fax: (419) 241-6894
                                             Email: mzarou@slk-law.com
                                             rshope@slk-law.com
                                             Attorneys for Defendants M.C. Eipperle, Inc. and Green Meadows Golf Course, Inc.

                                             and

Dated: February 7, 2016                      /s/ Joseph A. Starr
                                             Joseph A. Starr
                                             Starr, Butler, Alexopoulos & Stoner, PLLC
                                             20700 Civic Center Drive, Suite 290
                                             Southfield, Michigan 48076
                                             Tel: (248) 554-2700
                                             E-mail: jstarr@starrbutler.com
                                             Attorneys for Defendant Green Meadows Golf Course, Inc.

## ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR ATTORNEY FEES

The Court, having read the above Stipulation between the parties, and being otherwise fully advised in the premises,

NOW, THEREFORE, IT IS ORDERED that all claims made by all parties in this action are dismissed with prejudice and without costs or attorney fees to any of the other parties. This Order resolves all remaining claims in the lawsuit and closes the case.

IT IS FURTHER ORDERED that this Court shall retain jurisdiction over the case for the sole purpose of enforcing the terms of the Settlement Agreement and Full and Final Release of All Claims between the parties.

IT IS SO ORDERED.

                s/Terrence G. Berg
                TERRENCE G. BERG
                UNITED STATES DISTRICT JUDGE

Dated:    February 9, 2017
           Flint, Michigan